UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
APR 8 2016
JAMES N. HATTEN, Clerk
By: Deputy Clerk

GWEN WAKE

    Plaintiff,

v.

MOREHOUSE COLLEGE, INC.

    Defendant.

CIVIL ACTION NO.
1:13-CV-3371-ODE

ORDER

    The Court having been advised by counsel for the parties that the above entitled action has been settled, this action is ADMINISTRATIVELY CLOSED subject to the right, upon good cause shown within ONE HUNDRED TWENTY (120) DAYS, to reopen the action if required in the interests of justice.

    SO ORDERED, this __7__ day of April, 2016.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE