**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

MAY 2 3 2016

JAMES N. HATTEN, Clerk

Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |  |
|---|---|---|
| GWEN WADE, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION FILE** |
| v. | ) | **NO. 1:13-CV-03371-ODE** |
| | ) | |
| MOREHOUSE COLLEGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO THE FAIR LABOR STANDARDS ACT

The Parties have filed a Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act.  Upon due consideration, the Court is of the opinion that the settlement should be **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute concerning the Fair Labor Standards Act.  It is, therefore, **ORDERED** that the Parties' Joint Motion to Approve Settlement Pursuant to the Fair Labor Standards Act is **GRANTED**.

Accordingly, the Court approves the settlement of the Parties.  The Court has placed this action in an Inactive status until such time as Defendant completes all payments pursuant to the Settlement Agreement, following which the Parties will dismiss this Action with Prejudice.

SO ORDERED, THIS _23_ DAY OF MAY, 2016.

The Honorable Orinda D. Evans
United States District Judge